IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00220-DME-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

06.  TOMI JOEL VELASQUEZ,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on January 27, 2011.  A Change of Plea hearing was scheduled for March 22, 2011, and that hearing was vacated pursuant an Order dated March 18, 2011 (Doc. No. 445).

IT IS ORDERED THAT A new Change of Plea hearing is set for **May 4, 2011, at 10:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on May 2, 2011.**  <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** Booker **and** FanFan **decisions, and they will only**

**be accepted in certain circumstances.**  In light of the Defendant's Notice of

Disposition, the speedy trial time is tolled.

DATED:  March 18, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge